UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAVIO ALVARO HUILCA ORODORES,<br><br>                    Petitioner,<br><br>        v.<br><br>RON MURRAY, *et al.*,<br><br>                    Respondents. | Case No.  1:26-cv-00079-DAD-JDP<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

Petitioner Flavio Alvaro Huilca Orodores, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On April 13, 2026, the magistrate judge issued findings and recommendations recommending that the preliminary injunctive relief previously granted by the undersigned (Doc. No. 6) be made permanent.  (Doc. No. 9.)  Those findings and recommendations were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (*Id.*)  On April 20, 2026, respondents filed objections which comprise a single sentence that they object for the reasons previously asserted in their prior briefing.  (Doc. No. 10.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 13, 2026 (Doc. No. 9) are ADOPTED in full;

2. The petition for writ of habeas corpus (Doc. No. 1) is GRANTED;

3. The preliminary injunctive relief previously granted (Doc. No. 6) is made permanent; and

4. The Clerk of Court is ordered to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **May 28, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2